MARIO CAVICCHIOLI, Respondent, v. SAMUEL KAHN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

ELIZABETH HARRINGTON et al., Respondents, v. 615 WEST CORP., Respondent, and DAVID KATZ et al., Doing Business as STARLIGHT PAINTING COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See *post*, p. 1148.]

JOHN FLAMIO, Respondent, v. CITY OF NEW YORK, Appellant. CITY OF NEW YORK, Appellant, v. ROCCO FLAMIO et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

SAMUEL EDELMAN, on Behalf of Himself and All Other Stockholders of 123 CEDAR STREET CORPORATION Similarly Situated, and on Behalf of Said Corporation, Appellant, v. SAM FRINDEL, JR., et al., as Executors of ELIAS A. COHEN, Deceased, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

AMERICAN SMELTING & REFINING COMPANY, Appellant, v. PHILIPPINE AIR LINES, INC., Respondent. CHASE NATIONAL BANK, Appellant, v. PHILIPPINE AIR LINES, INC., Respondent. IRVING TRUST COMPANY et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. BANK OF AMERICA, N. T. & S. A., et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. BANQUE BELGE POUR L'ETRANGER (OVERSEAS LTD.) et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. AMERICAN EXPRESS COMPANY, INC., et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

(May 5, 1955.)

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ALBERGAMO.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.